JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **LORENZO CLAY II,**  Petitioner,  v.  UNITED STATES OF AMERICA,  Respondent. | No. LA CV 17-05720-VBF  **FINAL JUDGMENT** |

**Final judgment is hereby entered in favor of petitioner on the Due Process and Eighth Amendment claims for a writ of habeas corpus directing that he be resentenced.**

IT IS SO ADJUDGED.

Dated:  May 14, 2018

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge